IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BARTON ANTHONY STROMSKI and
JACKIE LYNN CLARK-STROMSKI,

                Plaintiffs,

v.

JOSH FINDLEY, JEFF GORDON and
ROBERT KRIEGER,

                Defendants.

Civil No. 02-1636-CO

ORDER

Magistrate Judge Cooney filed his Findings and Recommendation on June 21, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

Dated this _14_ day of July, 2005.

                                                      /s/ Ann Aiken
                                           Ann Aiken, United States District Judge

Order -- Page 1