IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARTON ANTHONY STROMSKI; and<br>JACKIE LYNN CLARK-STROMSKI,<br><br>                       Plaintiffs,<br><br>v.<br><br>JOSH FINDLEY; JEFF GORDON; and<br>ROBERT KRIEGER,<br><br>                       Defendants. | Civil No. 02-1636-CO<br><br>O R D E R |

Magistrate Judge Cooney filed his Findings and Recommendation on July 19, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

Dated this _20_ day of August, 2005.

_____
Ann Aiken, United States District Judge

Order -- Page 1