IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

BARTON ANTHONY STROMSKI and
JACKIE LYNN CLARK-STROMSKI,

                     Plaintiffs,

    v.

JOSH FINDLEY; JEFF GORDON; and
ROBERT KRIEGER,

                     Defendants.

Civil No. 02-1636-CO

O R D E R

      Magistrate Judge Cooney filed his Findings and Recommendation on December 19, 2005. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Cooney's Findings and Recommendation.

      Dated this  9  day of January, 2006.

                                          /s/ Ann Aiken
                                Ann Aiken, United States District Judge